**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ALEX CICCOTELLI,<br><br>Plaintiff,<br><br>v.<br><br>IEC ELECTRONICS CORP., KEITH M. BUTLER, CHARLES P. HADEED, ANDREW M. LAURENCE, JEREMY R. NOWAK, JEFFREY T. SCHLARBAUM, CREATION TECHNOLOGIES INC., CREATION TECHNOLOGIES INTERNATIONAL INC., and CTI ACQUISITION CORP.,<br><br>Defendants | ) | Case No. 1:21-cv-01255-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 8, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*


Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*